KYLE SCHUMACHER (BAR # 282427)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
P.O. Box 558
Spring Branch, TX 78070
503-482-8137 ph
210-783-1383 fax

Attorneys for Plaintiff
Steven M. Siburt

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Steven M. Siburt,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Experian Information Solutions, Inc.;<br>Green Dot Bank DBA Bonneville Bank;<br>and DOES 1 through 100 inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:22-cv-2121<br><br>NOTICE OF INTENT TO SETTLE BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff Steven M. Siburt and Defendant Experian Information Solutions, Inc., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Experian Information Solutions, Inc. within 60 days once the settlement is finalized.

　　　　　　　　　　　　　　　　　　**SCHUMACHER LANE PLLC**

Dated:  May 25, 2022          By:    */s/ Kyle W. Schumacher*
　　　　　　　　　　　　　　　　　　　Kyle W. Schumacher
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

NOTICE OF INTENT TO SETTLE -1-