KYLE SCHUMACHER (BAR #282427)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
PO Box 558
Spring Branch, TX. 78070
503-482-8137 ph
210-783-1383 fax

Attorneys for Plaintiff
Steven M. Siburt

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Steven M. Siburt**,**<br><br>       Plaintiff,<br><br>   v.<br><br>Experian Information Solutions, Inc.;<br>Green Dot Bank DBA Bonneville Bank;<br>and DOES 1 through 100 inclusive,<br><br>       Defendant. | CASE NO.  2:22-cv-02121-MRW<br><br>PLAINTIFF'S VOLUNTARY DISMISSAL OF DOES 1 THROUGH 100 INCLUSIVE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

## **NOTICE OF DISMISSAL**

Steven M. Siburt, the Plaintiff herein, hereby dismisses DOES 1 through 100 inclusive, pursuant to FRCP 41(a)(1)(A)(i).

                                                                         Respectfully submitted,


                                                                         **SCHUMACHER LANE PLLC**


Dated:  August 8, 2022                         By:     */s/ Kyle W. Schumacher*
                                                                         Kyle W. Schumacher
                                                                         Attorney for Plaintiff

PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT ONEUNITED BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

-1-